**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| ALLIANCE RADIOLOGY, P.A., individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.  2:20-cv-02218-KHV-GEB ) ) |
| CONTINENTAL CASUALTY COMPANY, | ) ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that David Timmins be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney.  I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion.  I have verified that the information contained in the affidavit is true and accurate.

Dated this 21st day of July, 2020.

DocID: 4844-2987-1298.1

Respectfully submitted,

HUSCH BLACKWELL LLP

*/s/* Tyler J. Scott
Tyler J. Scott          KS #24940
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
P:      (816) 983-8000
F:      (816) 983-8080
tyler.scott@huschblackwell.com

***Attorneys for Defendant***
***Continental Casualty Company***

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 21, 2020, a true and accurate copy of the foregoing was filed using the Court's electronic (ECF) filing/notification system.

*/s/* Tyler J. Scott
Attorney for Defendant
Continental Casualty Company

DocID: 4844-2987-1298.1