IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ALLIANCE RADIOLOGY, P.A., individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CONTINENTAL CASUALTY COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 2:20-cv-02218-JAR-GEB |

**AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is:  David Howard Timmins

2. I practice under the following firm name or letterhead:

   Name: David H. Timmins

   Address: Husch Blackwell LLP
   1900 N. Pearl St.
   Suite 1800
   Dallas, Texas 75201

   Telephone Number: 214-999-6185

   Fax: 214-999-6170

   Email address: david.timmins@huschblackwell.com

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| State of Texas | 1992 | 00785106 |
| Northern District of Texas | 1997 | |
| Southern District of Texas | 1993 | |
| Eastern District of Texas | 2000 | |
| Western District of Texas | 2005 | |
| U.S. Court of Appeals for Fifth Circuit | 1993 | |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10.    I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

                                                                                                                      _____
                                                                                                                      David H. Timmins

Subscribed and sworn to before me this _____ day of July, 2020.

                                                                                           _____
                                                                 Notary Public for the State of Texas

My commission expires:

