# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ALLIANCE RADIOLOGY, P.A., individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 20-cv-2218-KHV-GEB |
| v. | |
| CONTINTENTAL CASUALTY COMPANY, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Alliance Radiology, P.A., hereby dismisses this action without prejudice. Defendant has not yet filed an answer or a motion for summary judgment in this action. Accordingly, Plaintiff is exercising its unilateral right to voluntarily dismiss this action without prejudice. This Notice of Voluntary Dismissal is effective upon filing and requires no motion or Court Order.

Dated: December 15, 2020                    Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

*s/ Patrick J. Stueve*
Patrick J. Stueve, KS Bar # 13847
Todd M. McGuire, KS Bar #19618
Bradley T. Wilders, D. Kan # 78301
Curtis Shank, KS Bar # 26306
Abby E. McClellan, D. Kan. # 78804
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:    816-714-7100
Facsimile:    816-714-7101
Email:        stueve@stuevesiegel.com
Email:        wilders@stuevesiegel.com
Email:        shank@stuevesiegel.com

**COUNSEL FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on December 15, 2020, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, and therefore, will be transmitted to all counsel of record by operation of the Court's CM/ECF system.

                                              /s/ Patrick J. Stueve
                                              COUNSEL FOR PLAINTIFF